IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION
3:16-CR-00145-RJC
3:19-CV-00501-RJC

| | | |
|---|---|---|
| USA | ) | |
| v. | ) | ORDER |
| | ) | |
| RICKY CARLOS GRANT (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for writ of error coram nobis alleging a state conviction from 2005 is invalid because he was not advised of the maximum punishment for the offense nor the collateral consequences of his plea. (Doc. No. 272 at 1). That conviction was used to enhance his sentence in the instant case. (Id.). However, the defendant has not shown that he has exhausted his remedies in state court to challenge the conviction, which is required before a federal court issues such a writ. Sanderlin v. Smyth, 138 F.2d 729, 731 (4th Cir. 1943).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion, (Doc. No. 272), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: December 30, 2019

Robert J. Conrad, Jr.
United States District Judge